**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

LATOYA SH-NAE ROYAL,

    Plaintiff,

v.                                                           CV No. 17-97 GJF/CG

STRIPES, LLC,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION

**THIS MATTER** is before the Court on *Plaintiff's Unopposed Motion For Enlargement of Time*, (Doc. 28), filed June 29, 2017. In the motion, Plaintiff asks for an extension of time to July 31, 2017, to respond to Defendant's discovery requests, and states that she will need to find new counsel in order to provide adequate answers to Defendant's requests. The Court, having considered the Motion, noting it is unopposed, and having conferred with the parties, finds that the Motion is well-taken and should be **GRANTED**. However, the Court instructs Plaintiff that her responses to Defendant's discovery requests will be due by July 31, 2017 regardless of whether or not she is able to find new counsel by that date.

**IT IS THEREFORE ORDERED** that *Plaintiff's Unopposed Motion For Enlargement of Time*, (Doc. 28), is **GRANTED**, and Plaintiff shall respond to Defendant's discovery requests **by July 31, 2017**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE