# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

LATOYA SH-NAE ROYAL,

    Plaintiff,

v.                                          CV No. 17-97 GJF/CG

STRIPES, LLC,

    Defendant.

## ORDER DENYING WITHOUT PREJUDICE MOTION TO WITHDRAW AS COUNSEL

**THIS MATTER** is before the Court on Plaintiff's counsel's *Motion to Withdraw as Counsel*, (Doc. 29), filed June 29, 2017. Ms. Nutt and Mr. Stringham are seeking to withdraw as counsel for Plaintiff. The Court, having considered the Motion, the relevant law, and otherwise being fully advised in the premises, finds that the Motion is not well-taken and should be **DENIED without prejudice**.

Pursuant to the Local Rules of Civil Procedure for the District of New Mexico, an attorney seeking to withdraw must "indicate consent of the client represented by the withdrawing attorney," and provide either a notice of appointment of substitute attorney or a statement of the client's intention to appear *pro se* along with her address and telephone number. D.N.M.LR-Civ. 83.8(a). The Motion filed by Plaintiff's counsel does not state whether Plaintiff has consented to the Motion to Withdraw, nor does it provide all of the required information in accordance with the Local Rule. If Plaintiff's attorneys are unable to obtain Plaintiff's consent to their Motion, they must file a contested motion to withdraw in compliance with Local Rule 83.8(b).

**IT IS THEREFORE ORDERED** that Plaintiff's counsel's *Motion to Withdraw as Counsel*, (Doc. 29), is **DENIED without prejudice** and Ms. Nutt and Mr. Stringham shall proceed as Plaintiff's counsel in this case at this time.

**IT IS SO ORDERED**.

_____
 THE HONORABLE CARMEN E. GARZA
 UNITED STATES MAGISTRATE JUDGE