IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LATOYA SH-NAE ROYAL,

    Plaintiff,

v.                                                      CV No. 17-97 GJF/CG

STRIPES, LLC,

    Defendant.

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

**THIS MATTER** is before the Court on Plaintiff's counsel's *Second Amended Motion to Withdraw as Counsel and Notice of Withdrawal of Plaintiff's Original Motion to Withdraw*, (Doc. 35), filed August 2, 2017. The Court, having read the motion, noting that it is unopposed and that Plaintiff has hired new counsel who has entered his appearance in this case, and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

    **IT IS THEREFORE ORDERED** that Lauren Nutt and Lee Stringham are terminated as counsel of record for Plaintiff in this matter.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE