IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF NEW MEXICO

LATOYA SH-NAE ROYAL,

             Plaintiff,
v.                                                         No. CV 17-97 GJF/CG

STRIPES, LLC,

             Defendant.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court on *Defendant's Request for a Telephonic Status Conference*, (Doc. 37), filed September 1, 2017. The Court finds that the motion is well-taken and shall be granted. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Thursday, September 14, 2017, at 2:00 p.m.**

Parties shall call Judge Garza's "Meet Me" line at 505.348.2693 to be connected to the proceedings. This line can only accommodate up to five telephone lines, including the Court's; if the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE