IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LATOYA SH-NAE ROYAL,

    Plaintiff,

v.                                                                CV No. 17-97 GJF/CG

STRIPES, LLC,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND PRETRIAL DEADLINES

**THIS MATTER** is before the Court on the parties' *Stipulated Motion to Extend Pretrial Motions Deadline*, (Doc. 43), filed September 29, 2017. The parties ask the Court to extend the pretrial deadlines in this case by 60 days. The Court, having considered the Motion, noting it is unopposed and that the presiding judge has rescheduled the trial in this case to June 25-29, 2018, finds that the Motion is well taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties' *Stipulated Motion to Extend Pretrial Motions Deadline*, (Doc. 43), is **GRANTED**, the parties' deadlines are extended as follows:

1. Plaintiffs shall disclose expert witnesses and provide expert reports by **October 2, 2017**.
2. Defendants shall disclose expert witnesses and provide expert reports by **October 30, 2017**.
3. The termination date for discovery is **December 30, 2017**.
4. Motions relating to discovery shall be filed by **January 20, 2018.**

5. Pretrial motions, other than those relating to discovery, shall be filed by **January 30, 2018.**

Counsel are directed to file a consolidated final Pretrial Order as follows:

Plaintiffs to Defendants on or before **April 7, 2018**; Defendants to the Court on or before **April 21, 2018**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE