# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

## Before the Honorable Carmen E. Garza
## United States Magistrate Judge

### Clerk's Minutes

### Royal v. Stripes, LLC

### CV 17-97 GJF/CG

### January 18, 2018

---

Attorney for Plaintiff:     Michael Newell

Attorney for Defendant:     Agnes Padilla

Proceedings:     Telephonic Status Conference

The Court asked the parties about holding a settlement conference. Defendant's counsel stated her client would like to file dispositive motions, but would also like the Court to hold a settlement conference in February. The Court and the parties discussed dates for the settlement conference. The Court will set a settlement conference on Friday, February 23, 2018, at 10:30 a.m. in Las Cruces, and a telephonic pre-settlement status conference on Thursday, February 15, 2018.

Clerk:  atc
       2:30 - 2:42