**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

LATOYA SH-NAE ROYAL,

    Plaintiff,

v.                                                             CV No. 17-97 GJF/CG

STRIPES, LLC,

    Defendant.

## ORDER TO FILE CLOSING DOCUMENTS

On February 16, 2018, the parties reached a negotiated resolution in this matter.

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents by **March 19, 2018**.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE