**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

LATOYA SH-NAE ROYAL,

Plaintiff,

v. Civ. No. 17-97 GJF/CG

STRIPES, LLC,

Defendant.

**ORDER OF DISMISSAL WITH PREJUDICE**

ON THIS DATE, the Court received the parties' "Joint Motion for Dismissal With Prejudice" ("Joint Motion"). ECF No. 68. In their Joint Motion, the parties state "that the claims of the Plaintiff against Defendant herein have been settled." Joint Mot. 1, ECF No. 68. Accordingly, the parties have moved this Court to dismiss the instant matter with prejudice. *Id.* Having reviewed the record and the Joint Motion, the Court hereby **GRANTS** the Joint Motion.

**IT IS THEREFORE ORDERED** that the above-captioned cause is hereby dismissed *with prejudice*.

**IT IS SO ORDERED.**

THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE