**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

LATOYA SH-NAE ROYAL,

Plaintiff,

v. Civ. No. 17-97 GJF/CG

STRIPES, LLC,

Defendant.

**FINAL JUDGMENT**

In accordance with Federal Rule of Civil Procedure 58(a) and consistent with the "Order of Dismissal with Prejudice" [ECF No. 69] entered by the Court on March 16, 2018, this Final Judgment adjudicates all existing claims and liabilities of the parties.

The above-captioned cause is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
***Presiding by Consent***